**FILED**

OCT 2 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC SETH HARRISON,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 09-5045 JW<br><br>**DEATH PENALTY**<br><br>ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO SELECTION BOARD FOR APPOINTMENT OF COUNSEL |

    Upon request of petitioner, and pursuant to 28 U.S.C. § 2251(a) and Local Rules 2254-24 and 2254-25,

    IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and setting an execution date, are stayed. The stay shall be in effect for ninety days from the date that counsel is appointed to represent petitioner in this case.

    IT IS FURTHER ORDERED that this matter be referred to the Capital Case Committee for the United States District Court, Northern District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner Cedric Seth Harrison; respondent Robert K. Wong, Acting Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Martin S. Kaye, Deputy Attorney General; Martin Brown, Assistant District Attorney of Alameda County; and Michael Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: October 26, 2009

JAMES WARE
United States District Judge