FILED

APR 14 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Cedric Seth HARRISON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Vincent CULLEN,[1] Acting Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case Number 5-9-cv-5045-JW-HRL<br><br>DEATH-PENALTY CASE<br><br>ORDER OF DISMISSAL<br><br>[] |

Petitioner Cedric Seth Harrison is dead. Accordingly, and good cause appearing therefor, the above-captioned capital habeas action must be, and hereby is, dismissed as moot.

*It is so ordered.*

DATED: April 13, 2010

JAMES WARE
United States District Judge

---

[1] Vincent Cullen is automatically substituted for Robert K. Wong pursuant to Federal Rule of Civil Procedure 25(d).

Case No. 5-9-cv-5045-JW-HRL
ORDER OF DISMISSAL
(DPSAGOK)